IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

LARRY ARNOLD YOUNG,

    Plaintiff,

v.                              CIVIL ACTION NO. 1:17-03633

T.A. LACY; and
STEVEN A. SOMMERS,

    Defendants.

**MEMORANDUM OPINION AND ORDER**

Pending before the court is plaintiff's Motion for Extension of Time to file objections to Magistrate Judge Cheryl Eifert's Proposed Findings and Recommendation. ECF No. 133. Plaintiff requests a second extension[1] again due to his ongoing cancer treatments, which make it difficult to function and make it particularly challenging to research and work on his case in the public library. Plaintiff therefore seeks a further extension of 10 days from the extended filing deadline of January 8, 2020. Thus, the total extension that plaintiff has sought between his two motions is 20 days.

For good cause shown, plaintiff's motion to continue is **GRANTED,** and the deadline for plaintiff to file all objections

---

[1] Plaintiff previously requested his first 10-day extension on December 16, 2019. See ECF No. 130. The court granted that request for a 10-day extension, making January 8, 2020 the new deadline to file any objections. See ECF No. 131.

to the PF&R, ECF No. 128, is **EXTENDED** to January 22, 2020. However, the court informs the plaintiff that any further requests for extensions will be reviewed with less leniency.

The Clerk is directed to send a copy of this Order to counsel of record and any unrepresented parties.

**IT IS SO ORDERED** this 6th day of January, 2020.

ENTER:

David A. Faber
Senior United States District Judge